charter of the City of Chicago did not create the office of sergeant of police.

4. MUNICIPAL CORPORATIONS, § 134*—*how office of police sergeant is not created.* The office of sergeant of police was not created by the sixty-sixth and sixty-eighth clauses of section 1 of article V of the Cities and Villages Act [J. & A. ¶¶ 1334(66), 1334(68)].

5. MUNICIPAL CORPORATIONS, § 131*—*when ordinance is not controlling as to demotion of police officer.* Section 1909 of an ordinance of April 1, 1911, of the City of Chicago, is not controlling as to a demotion of a police officer from sergeant to patrolman on February 17, 1908, as such ordinance was not in effect at the time of such demotion.

Stephen J. Barry, Defendant in Error, v. City of Chicago, Plaintiff in Error.

Gen. No. 21,769.   (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. PATRICK B. FLANAGAN, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1915. Reversed. Opinion filed March 8, 1917.

Statement of the Case.

Action by Stephen J. Barry, plaintiff, against City of Chicago, defendant, to recover the difference between the salary of one police office and that of another in the police service of the defendant during the interim in which he was acting as a minor officer after demotion as a major officer. From a judgment for plaintiff for the difference in amount, defendant brings error.

This case is governed by the decision in *Harnett v. City of Chicago, ante,* p. 252, the facts being similar, and the judgment is reversed.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

SAMUEL A. ETTELSON, for plaintiff in error; ROY S. GASKILL and GEORGE A. CURRAN, of counsel.

A. G. DICUS, for defendant in error.

MR. JUSTICE GOODWIN delivered the opinion of the court.

---

**Patrick Woods, Defendant in Error, v. City of Chicago, Plaintiff in Error.**

**Gen. No. 21,770.    (Not to be reported in full.)**

Error to the Municipal Court of Chicago; the Hon. D. H. WAMSLEY, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1915. Reversed. Opinion filed March. 8, 1917.

### Statement of the Case.

Action by Patrick Woods, plaintiff, against City of Chicago, defendant, to recover the difference between the salary of one police officer and that of another in the police service of the defendant during the interim in which he was acting as a minor officer after demotion as a major officer. From a judgment for plaintiff for the difference in amount, defendant brings error.

This case is governed by the decision in *Harnett v. City of Chicago, ante,* p. 252, the facts being similar, and the judgment is reversed.

SAMUEL A. ETTELSON, for plaintiff in error; ROY S. GASKILL and GEORGE A. CURRAN, of counsel.

A. G. DICUS, for defendant in error.

MR. JUSTICE GOODWIN delivered the opinion of the court.